THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY DE BERNARDO.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK SUTHERLAND.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MATTHEW CARNEY.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MILTON HEXNER.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MATTHEW CARNEY.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MATTHEW CARNEY.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

(May 6, 1954.)

(Republished.)

KHOSROVSHAHI Co., INC., Respondent, v. NATIONAL SURETY CORPORATION, Appellant.— Orders and judgment unanimously affirmed, with costs to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See *ante*, p. 917.]